UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

LESLIE THOMAS, et al.,

    Plaintiffs,

v.

Case No. 19-cv-12225
Hon. Matthew F. Leitman

REASON CYBERSECURITY, INC.,
f/k/a Reason Software Company, Inc.,

    Defendant.

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiffs, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

    s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: November 12, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 12, 2019, by electronic means and/or ordinary mail.

    s/Holly A. Monda
    Case Manager
    (810) 341-9764